**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**RICKY SMITH**                                                                         **PETITIONER**
**ADC #133989**

**VS.**                 **CASE NO.  5:11CV00072-JMM-BD**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                    **RESPONDENT**

**ORDER**

The Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere has been received, and no objections to the Recommendation have been filed. The Recommendation should be, and hereby is, approved and adopted in all respects.

Mr. Smith's motion to amend his petition (docket entry #40) is DENIED, this  21  day of   June  , 2012.

                                                                                        UNITED STATES DISTRICT JUDGE