IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RICKY SMITH**                                                                                          **PETITIONER**
**ADC #133989**

VS.                             CASE NO.  5:11CV00072-JMM-BD

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                              **RESPONDENT**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere, and has reviewed *de novo* those portions of the report and recommendation to which Mr. Smith objected.  This Court adopts the Recommendation as its own.  Mr. Smith's Petition for Writ of Habeas Corpus, Amended Petition, and Supplements (docket entry #1, #9, #22, #24, #26, #27, and #28) are dismissed, with prejudice.

When entering a final order adverse to a habeas corpus petitioner, the Court must issue or deny a certificate of appealability.  Rule 11, Rules Governing Section 2254 Cases.  A certificate of appealability may issue only if a petitioner has made a substantial showing of the denial of a constitutional right.  28 U.S.C. § 2253(c)(1)-(2).  In this case, Mr. Smith has not provided a basis for this Court to issue a certificate of appealability.  Accordingly, a certificate of appealability is denied.

IT IS SO ORDERED, this 22 day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE