**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**RICKY SMITH**                                                                                      **PETITIONER**
**ADC #133989**

**VS.**               **CASE NO.  5:11CV00072-JMM-BD**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                          **RESPONDENT**

**JUDGMENT**

In accordance with the Court's Order entered this date, Ricky Smith's 28 U.S.C. § 2254 petition for writ of habeas corpus is DISMISSED, with prejudice.

IT IS SO ORDERED this  22   day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE